PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision



RECEIVED
WILLIAM T. WALSH, CLERK

2006 JUN 22  P 4: 52

UNITED STATES

Name of Offender: Rondell Inman          Cr.: 01CR444-01

Name of Sentencing Judicial Officer: The Honorable William G. Bassler, U.S. District Judge

Date of Original Sentence: 06/18/02

Original Offense: Importation of cocaine

Original Sentence: Time served, 3 years supervised release, drug and alcohol treatment and testing

Type of Supervision: Supervised release          Date Supervision Commenced: 06/18/06

Assistant U.S. Attorney: To be assigned          Defense Attorney: David Holman

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>Inman was arrested on September 6, 2005 by the Trenton Police Department for possession of marijuana and manufacturing and distribution of marijuana. Inman was again arrested on May 16, 2006, by Trenton Police for possession of marijuana, possession with intent to distribute within 1000 feet of a school, and possession with intent to distribute within 500 feet of a public library. According to the arrest report for the May 16, 2006 arrest, Inman had several bags of marijuana in his possession along with $8,463 in U.S. currency. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall not illegally possess a controlled substance.**'<br><br>Inman was in possession of an illegal controlled substance on September 6, 2005 and May 16, 2006. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender has failed to submit monthly supervision reports for the months August through December 2005 and January through May 2006. Additionally, Inman failed to report on January 22, 2006, February 26, 2006, March 26, 2006, and May 22, 2006. |
| 4 | The offender has violated the supervision condition which states **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' |
| | Inman has not been employed full-time since January 2006. |
| 5 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | During Inman's May 16, 2006 arrest, he was with Terrance Travers who has been convicted of possession of a controlled dangerous substance, aggravated assault, resisting arrest, and eluding police. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen L. Merrigan
U.S. Probation Officer
Date: 05/26/06

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

June 22, 2006
Date